UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RITA WARFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-00102 ) CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant the Commissioner's Motion for Order to Show Cause because Plaintiff never filed her brief in support of her appeal, and dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 42(b). (Doc. No. 16.) No timely objections have been filed. After a de novo review of the record, the Report and Recommendation is **ADOPTED**.

Accordingly, the Commissioner's Motion for Order to Show Cause (Doc. No. 15) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 42(b). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE